UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ATIPANA CREDIT OPPORTUNITYFUND I, LP,

             *Plaintiff*,

v.

PRO SOURCE SERVICES, INC.;
VENTURE ELECTRICAL CONTRACTORS, INC.;
SMALL ELECTRICAL SERVICES CORP.;
MARY MCDERMOTT and JOHN MCDERMOTT,

             *Defendants*.

Case No. 2:25-cv-00200-JMW

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, ATIPANA CREDIT OPPORTUNITYFUND I, LP, hereby certifies as follows:

1. Plaintiff is not a subsidiary of any other entity.

2. No publicly held corporation owns 10% or more of stock in Plaintiff.

3. Plaintiff is a limited partnership formed under the laws of the State of Delaware.

4. The partners of ATIPANA CREDIT OPPORTUNITYFUND I, LP consist of the following:

   a. Five natural persons that are citizens of the State of New York;

   b. Two natural persons that are citizens of the State of New Jersey;

   c. One natural person that is a citizen of the State of Colorado;

   d. Hillside Capital LLC, which is a Pennsylvania limited liability company, whose sole member is a citizen of Pennsylvania;

   e. FFund II LLC, which is a Pennsylvania limited liability company, whose sole member is a citizen of Pennsylvania.

Dated: Lancaster, New York
      February 27, 2025

Respectfully submitted,

**WELLS LAW P.C.**

By: */s Steven W. Wells*
      Steven W. Wells
229 Warner Road
Lancaster, New York 14086
Tel.: (716) 983-4750
Email: steve@wellspc.com

*Attorneys for Plaintiff*