UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ATIPANA CREDIT OPPORTUNITYFUND I, LP, | Case No. 2:25-cv-00200-JMW |
| *Plaintiff*, | **AMENDED RULE 7.1 STATEMENT** |
| v. | |
| PRO SOURCE SERVICES, INC.;<br>VENTURE ELECTRICAL CONTRACTORS, INC.;<br>SMALL ELECTRICAL SERVICES CORP.;<br>MARY MCDERMOTT and JOHN MCDERMOTT, | |
| *Defendants*. | |

---

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, ATIPANA CREDIT OPPORTUNITYFUND I, LP, hereby certifies as follows:

1. Plaintiff is not a subsidiary of any other entity.

2. No publicly held corporation owns 10% or more of stock in Plaintiff.

3. Plaintiff is a Limited Partnership formed under the laws of the State of Delaware.

4. The partners of ATIPANA CREDIT OPPORTUNITYFUND I, LP consist of the following:

    a. A General Partner that is a natural person that is a citizen of the State of New York;

    b. The following eight natural persons and two limited liability companies comprise the six Limited Partners of Plaintiff:

        i. Five natural persons that are citizens of the State of New York;

        ii. Two natural persons that are citizens of the State of New Jersey;

        iii. One natural person that is a citizen of the State of Colorado;

    iv.    Hillside Capital LLC, which is a Pennsylvania limited liability company, whose sole member is a citizen of Pennsylvania;

    v.    FFund II LLC, which is a Pennsylvania limited liability company, whose sole member is a citizen of Pennsylvania.

Dated: Lancaster, New York
       March 10, 2025

Respectfully submitted,

**WELLS LAW P.C.**

By: /s Steven W. Wells
     Steven W. Wells
229 Warner Road
Lancaster, New York 14086
Tel.: (716) 983-4750
Email: steve@wellspc.com

*Attorneys for Plaintiff*